SMYTHE VOLVO, INC. v. BOARD OF ADJUSTMENT OF THE CITY
OF SUMMIT.

May 10, 1988.

Petition for certification denied.

COUNTY OF MORRIS v. 8 COURT STREET LIMITED.

May 10, 1988.

Petition for certification denied.   (See 223 *N.J.Super.* 35)

IN THE MATTER OF THE APPLICATION OF EMIL COLOGNA
FOR BENEFITS UNDER THE SECOND INJURY FUND v.
CHEVRON, U.S.A., INC.

May 10, 1988.

Petition for certification denied.

JILLDARVY REALTY CORPORATION v. LEONARD ROSEN.

May 10, 1988.

Petition for certification denied.